1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY E. TARRER,

        Petitioner,

    v.

BUREAU OF PRISONS,

        Respondent.

CASE NO. C10-5154BHS

ORDER DECLINING TO
ADOPT REPORT AND
RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 3). On March 24, 2010, Petitioner filed a notice with the Court informing it that he accepts the report and recommendation and withdraws his petition. Dkt. 4. The Court treats this notice as a voluntary dismissal under Fed. R. Civ. P. 41(a), and need not consider the report and recommendation.

Therefore, it is hereby **ORDERED** that the petition is **DISMISSED** pursuant to Fed. R. Civ. P. 41(a).

DATED this 17th day of May, 2010.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER