# United States District Court

WESTERN DISTRICT OF WASHINGTON

LARRY E. TARRER

v.

BUREAU OF PRISONS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5154BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The petition is **DISMISSED** pursuant to Fed.R.Civ.P. 41(a).

May 18, 2010

BRUCE RIFKIN
Clerk

*s/CM Gonzalez*
Deputy Clerk